UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA
LYNCHBURG (CHARLOTTESVILLE) DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 7 |
| NELSON ALEJANDRO VILLATORO, SR., ) | |
| ) | Case Number 16-61131 |
| _____Debtor._____ ) | |

### ORDER APPROVING WAIVER OF DISCHARGE

The matter before the Court is the *Motion To Approve Waiver Of Discharge* filed by the above-referenced Debtor by counsel.  With the consent of the Debtor, the Court finds that: (i) jurisdiction over this case and matter are proper; (ii) venue is proper; (iii) this is a core proceeding; (iv) the Debtor executed the waiver of discharge filed in this case after the entry of the order for relief; (v) the Debtor was advised by counsel of the ramifications of executing a waiver of discharge; and (vi) the Debtor knowingly and voluntarily entered into the waiver of discharge.  For good cause shown, it is

### ORDERED

that the waiver of discharge attached to the *Motion To Approve Waiver Of Discharge* is APPROVED.  It is further

### ORDERED

that a discharge shall not be granted to the Debtor pursuant to 11 U.S.C. § 727(a)(10).  It is further

### ORDERED

that the Debtor shall comply with Local Rule 4006-1 and file a certificate of service regarding the notice given.

The Clerk is directed to send a copy of this Order to the Debtor and the Debtor shall serve copies on all other parties in interest.

ENTER: April 10, 2017

_Rebecca B Connelly_
UNITED STATES BANKRUPTCY JUDGE

REQUESTED:

Nelson Alejandro Villatoro, Sr.

By: /s/ John C. Morgan
John C. Morgan (VSB #30148)
98 Alexandria Pike, Suite 10
Warrenton, VA 20186
jcm@newdaylegal.com
*Counsel for the Debtor*

SEEN:

United States Trustee

By: /s/ W. Joel Charboneau
W. Joel Charboneau (VSB #68025)
210 First Street, S.W., Suite 505
Roanoke, Virginia 24011
540-857-2699
joel.charboneau@usdoj.gov
Trial Attorney for the US Trustee